UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer
125 Rt. 73 North
West Berlin, NJ 08091
856-963-5000
856-858-4371
Attorney for Debtor(s)

Order Filed on January 31, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nicole Y. Riley

Case Number:    22-17727

Hearing Date:    1/24/22

Judge:    JNP

Chapter:    13

| Recommended Local Form: | Followed | Modified |
|---|---|---|

## ORDER ON MOTION TO REDUCE PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**.

**DATED: January 31, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Date:_____

Debtor:              Nicole Y. Riley
Case No:            22-17727
Caption of Order:    Order Granting Motion to Reduce Proof of Claim

Upon consideration of Debtor's, Nicole Y. Riley by and through Counsel, Motion to Reduce Proof of Claim and for good cause shown, it is hereby

**ORDERED** as follows:

1. The Motion to Reduce Proof of Claim of Parkview Apartments at Collingswood, claim #1

**GRANTED.**

2. Proof of Claim #1 shall be reduced to the amount of $1,317.00, which will satisfy the creditor in full.

**IT IS FURTHER ORDERED THAT:**

3. The post-petition amounts included in the Proof of Claim are hereby expunged from the Proof of Claim.

4. The late fees included for the months of October, November and December 2022, are to be removed from the Creditor's ledger, as the rent was paid on time.

5. Finally, the Creditor is prohibited from Charging the debtor late fees in excess of $30.00.

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 22-17727-JNP

Nicole Y. Riley | Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 31, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | Recipient Name and Address |
| db | + Nicole Y. Riley, 520 Collings Ave, Apt B707, Collingswood, NJ 08107-1642 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:**

| Name | Email Address |
| Andrew Thomas Archer | |
| | on behalf of Debtor Nicole Y. Riley aarcher@spillerarcherlaw.com |
| | bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3